1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

JASEN LYNN DUSHANE,                              No.  2:15-cv-0136 TLN CKD P

12

Plaintiff,

13

v.                                               ORDER

14

SACRAMENTO COUNTY MAIN JAIL,
et al.,

15

16

Defendants.

17

18

To:  Director of the Nevada Department of Corrections and Rehabilitation, P.O. Box 7011,

19

Carson City, NV, 89702:

20

Plaintiff, a Nevada prisoner proceeding in forma pauperis, is obligated to pay the statutory

21

filing fee of $350.00 for this action.  Plaintiff is assessed an initial partial filing fee of 20 percent

22

of the greater of (a) the average monthly deposits to plaintiff's trust account; or (b) the average

23

monthly balance in plaintiff's account for the 6-month period immediately preceding the filing of

24

this action.  28 U.S.C. § 1915(b)(1).  Upon payment of that initial partial filing fee, plaintiff will

25

be obligated to make monthly payments in the amount of twenty percent of the preceding month's

26

income credited to plaintiff's trust account.  The Nevada Department of Corrections is required to

27

send to the Clerk of the Court the initial partial filing fee and thereafter payments from plaintiff's

28

/////

1

prison trust account each time the amount in the account exceeds $10.00, until the statutory filing fee of $350.00 is paid in full.  28 U.S.C. § 1915(b)(2).

Good cause appearing therefore, IT IS HEREBY ORDERED that:

1.  The Director of the Nevada Department of Corrections or a designee shall collect from plaintiff's prison trust account an initial partial filing fee in accordance with the provisions of 28 U.S.C. § 1915(b)(1) as set forth in this order and shall forward the amount to the Clerk of the Court.  The payment shall be clearly identified by the name and number assigned to this action.

2.  Thereafter, the Director or a designee shall collect from plaintiff's prison trust account monthly payments from plaintiff's prison trust account in an amount equal to twenty percent (20%) of the preceding month's income credited to the prisoner's trust account and forward payments to the Clerk of the Court each time the amount in the account exceeds $10.00 in accordance with 28 U.S.C. § 1915(b)(2), until the $350.00 filing fee for this action has been paid in full.  The payments shall be clearly identified by the name and number assigned to this action.

3.  The Clerk of the Court is directed to serve a copy of this order and a copy of plaintiff's signed in forma pauperis affidavit on the Director of the Nevada Department of Corrections and Rehabilitation, P.O. Box 7011, Carson City, NV, 89702.

4.  The Clerk of the Court is directed to serve a copy of this order on the Financial Department of the court.

Dated:  March 13, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
dush0136.cdc

2