UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASEN LYNN DUSHANE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SACRAMENTO COUNTY MAIN JAIL, et al.,<br><br>　　　　　Defendants. | No. 2:15-cv-0136 TLN CKD P<br><br><br><br>ORDER |

　　　　Plaintiff has filed a motion asking that he undersigned recuse.  Because plaintiff fails to identify good cause for recusal, <u>see</u> 28 U.S.C. § 455, he request (ECF No. 6) is denied.

Dated: March 13, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
dush0136.rec

1