UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASEN LYNN DUSHANE,<br><br>          Plaintiff,<br><br>     v.<br><br>SACRAMENTO COUNTY MAIN JAIL, et al.,<br><br>          Defendants. | No.  2:15-cv-0136 TLN CKD P<br><br><br><br>ORDER |

Plaintiff has filed a motion asking that defendant Her be held in default.  Defendant Her waived service of process on April 26, 2015 and therefore has until June 16, 2015 to file his response to plaintiff's complaint.  See ECF No. 15.  Accordingly defendant Her is not in default and plaintiff's motion (ECF No. 20) is denied.

Dated: June 8, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
dush0136.dft