1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JASEN LYNN DUSHANE,                         No.  2:15-cv-0136 TLN CKD P

12              Plaintiff,

13        v.                                     ORDER

14   SACRAMENTO COUNTY MAIN JAIL,
     et al.,
15
                Defendants.
16

17        On May 22, 2015, Plaintiff filed a request for reconsideration of the magistrate judge's

18   order filed May 12, 2015, denying Plaintiff's "motion to extend prison copy work limit…"

19   Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly

20   erroneous or contrary to law." Id.  Upon review of the entire file, the Court finds that it does not

21   appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

22        Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the

23   magistrate judge filed May 12, 2015, is affirmed.

24

25   IT IS SO ORDERED.

26   Dated:  July 6, 2015

27

28                                              _____
                                                Troy L. Nunley
                                                United States District Judge

                                         1