UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASEN LYNN DUSHANE,<br><br>            Plaintiff,<br><br>      v.<br><br>SACRAMENTO COUNTY MAIN JAIL,<br>et al.,<br><br>            Defendants. | No.  2:15-cv-0136 TLN CKD P<br><br><br>ORDER |

Plaintiff has filed a motion asking that the County of Sacramento by joined as a defendant pursuant to Federal Rule of Civil Procedure 19(a)(1)(B)(ii).  Because nothing suggests the County of Sacramento is claiming any interest "relating to the subject of this action" plaintiff's motion is frivolous and will be denied.

Plaintiff also filed a motion in which he takes issue with certain affirmative defenses presented by defendant Her in his answer.   Essentially, plaintiff requests that the court rule on the affirmative defenses now.  The purpose of an answer is to put plaintiff on notice of defenses which may be raised by motion at some later point or possibly at trial.  Defendant does not seek adjudication of affirmative defenses simply by including them in his answer.  Therefore adjudication at this point would be premature.

/////

1

1  In accordance with the above, IT IS HERBY ORDERED that:

2  1. Plaintiff's June 26 2015 "motion for joinder or third party" (ECF No. 24) is denied;

3  and

4  2. Plaintiff's July 1, 2015 "motion to dismiss /or exclude affirmative defenses . . ." is

5  denied.

6  Dated: July 14, 2015

7  _____
   CAROLYN K. DELANEY

8  UNITED STATES MAGISTRATE JUDGE

---

1
bush0136.abs