1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JASEN LYNN DUSHANE,                     No.  2:15-cv-0136 TLN CKD P

12              Plaintiff,

13         v.                                 ORDER

14    SACRAMENTO COUNTY MAIN JAIL,
      et al.,
15
                Defendants.
16

17

18         Plaintiff requests that the court order officials at the Northern Nevada Correctional Center

19    to provide plaintiff with "legal supplies" and "copy work."  Since it appears from the record that

20    plaintiff is being given adequate paper and writing supplies (plaintiff has filed five documents

21    with the court since June 26), it is not clear what plaintiff requires.  Accordingly, plaintiff's

22    request (ECF No. 29) is denied without prejudice to plaintiff filing another request in which

23    plaintiff clarifies exactly what he believes he needs.

24    Dated:  July 14, 2015

25                                            _____
                                              CAROLYN K. DELANEY
26                                            UNITED STATES MAGISTRATE JUDGE

27    1
      bush0136.sup
28