UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASEN LYNN DUSHANE,<br><br>                     Plaintiff,<br><br>          v.<br><br>SACRAMENTO COUNTY MAIN JAIL, et al.,<br><br>                     Defendants. | No. 2:15-cv-0136 TLN CKD P<br><br><br>ORDER |

Plaintiff is a prisoner in Nevada proceeding pro se with an action for violation of civil rights, under 42 U.S.C. § 1983, against an employee of the Sacramento County Jail. Plaintiff has filed two motions in which he asserts he is being denied adequate supplies to litigate this action. He also indicates that he has been told by Nevada corrections officials that he is being denied adequate supplies because the venue for this case is in California and not Nevada.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Within 21 days, the Warden at the Northern Nevada Correctional Center shall indicate in writing whether plaintiff is provided with paper, envelopes, writing instruments, postage and copy services so that plaintiff may adequately communicate with this court and file necessary documents in this action. If plaintiff is not being provided with these items, the Warden must indicate why not.

1

2. The Clerk of the Court is directed to serve this order upon Warden Isidro Baca, Northern Nevada Correctional Center, P.O. Box 7000, Carson City, NV 89702.

Dated: October 7, 2015

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
dushane0136. otw