1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JASEN LYNN DUSHANE,                    No.  2:15-cv-0136 TLN CKD P

12            Plaintiff,

13        v.                                ORDER

14   SACRMENTO COUNTY MAIN JAIL, et
     al.,
15

16            Defendants.

17

18        Plaintiff is a prisoner in Nevada proceeding pro se with an action for violation of civil

19   rights, under 42 U.S.C. § 1983, against an employee of the Sacramento County Jail.  Pursuant to

20   motions brought by plaintiff in which he asserts he is being denied adequate supplies to litigate

21   this action, the court ordered the warden at plaintiff's prison to indicate in writing whether

22   plaintiff is provided with paper, envelopes, writing instruments, postage and copy services.  The

23   warden, and the law library supervisor at plaintiff's prison responded to the court's order under

24   the penalty of perjury indicating plaintiff is currently receiving all necessary legal supplies, copy

25   services and research material.  Accordingly, plaintiff's motions regarding the denial of access to

26   supplies will be denied without prejudice to renewal if plaintiff is denied adequate supplies in the

27   future.

28   /////

                                          1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's "motion for order pursuant to all writs act" (ECF No. 33) and "motion in support of proposed order" (ECF No. 35) are denied without prejudice to renewal in the future if plaintiff is denied supplies such as envelopes and paper, to pursue this action.

2. The Clerk of the Court is directed to serve this order upon Warden Isidro Baca, Northern Nevada Correctional Center, P.O. Box 7000, Carson City, NV 89702.

Dated:  November 2, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
dushane0136. mfs