UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASEN LYNN DUSHANE, | No. 2:15-cv-0136 TLN CKD P |
| Plaintiff, | |
| v. | ORDER |
| SACRAMENTO COUNTY MAIN JAIL, et al., | |
| Defendants. | |

Plaintiff has filed a motion asking the court to compel defendant Her to answer certain questions related to this case and provide plaintiff with certain documents and recordings. First, plaintiff has not provided anything to the court indicating that he sought these materials through a request for discovery authorized by the Federal Rules of Civil Procedure. Second, the motion is dated November 12, 2015. In the court's June 23, 2015 discovery and scheduling order, the parties were informed that the deadline for filing motions to compel discovery was October 9, 2015. Plaintiff never sought, nor received, an extension of time to conduct discovery or file a motion to compel.[1]

---

[1] The court notes that at various times in this case, plaintiff has complained about his lack of access to writing supplies such as envelopes. However, since June 23, 2015, plaintiff has made ten different filings with the court and at no time did plaintiff seek an extension of time to conduct discovery or file a motion to compel. The court might be inclined to reopen discovery if

1

1    In accordance with the above, IT IS HEREBY ORDERED that plaintiff's November 19,
2    2015 motion to compel (ECF No. 42) is denied.
3    Dated: November 30, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
dushane0136.mtc

---

27   plaintiff files a motion describing what discovery he seeks and establishing that he was not
     permitted to conduct discovery before the expiration of the deadline due to the actions of prison
28   staff.