UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASEN LYNN DUSHANE,<br><br>    Plaintiff,<br><br>    v.<br><br>SACRAMENTO COUNTY MAIN JAIL, et al.,<br><br>    Defendants. | No. 2:15-cv-0136-TLN-EFB P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.  Defendant Her filed a motion on December 21, 2015 requesting a 45-day extension of time to file a dispositive motion.  ECF No. 53.  The current deadline is January 4, 2016.  Defense counsel declares that he was busy in a trial from December 7th through December 18th and has scheduled vacation from December 23rd through January 4th.  ECF No. 53-1 at 1.

The motion is hereby GRANTED, and defendant Her shall file her dispositive motion on or before February 18, 2016.

So ordered.

DATED: January 4, 2016.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE