1  LONGYEAR, O'DEA & LAVRA, LLP
   Van Longyear, CSB No. 84189
2  Peter C. Zilaff, CSB No. 272658
   Nicole M. Rippy, CSB No. 287165
3  3620 American River Drive, Suite 230
   Sacramento, CA 95864
4  Phone: 916-974-8500
   Facsimile: 916-974-8510
5

6  Attorneys for Defendant, DEPUTY HER

7              UNITED STATES DISTRICT COURT

8          FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 JASEN LYNN DUSHANE,               )  Case No. 2:15-cv-0136-TLN-EFB-P
                                     )
11        Plaintiff,                 )  STIPULATION AND [~~PROPOSED~~
                                     )  ~~ORDER~~] TO EXTEND TIME FOR THE
12 vs.                               )  PARTIES TO FILE OPPOSITION AND
                                     )  REPLY BRIEFS TO MOTION FOR
13 SACRAMENTO COUNTY MAIN JAIL,      )  SUMMARY JUDGMENT
   DEPUTY HER,                       )
14                                   )
                                     )
15        Defendants.                )
                                     )
16 _____)

17        The parties, Plaintiff Jasen DuShane and Defendant Johnny Her, by and through his

18 attorney, stipulate to extend the time for deadline for dispositive motions for purposes of

19 settlement negotiations.

20        The parties request the deadline for Plaintiff to file his opposition to Defendant's Motion

21 for Summary Judgment/Adjudication (ECF 58) be extended four weeks from the current

22 deadline of March 10, 2016. Further, the parties request the deadline for Defendant's reply be

23 extended four weeks from the current deadline of March 24, 2016.

24        Please see the reasons set forth in the attached declaration.

25 Dated: March 4, 2016              LONGYEAR, O'DEA & LAVRA, LLP

26                                   By: _/S/: Peter C. Zilaff_____.
                                         VAN LONGYEAR
27                                       PETER C. ZILAFF
                                         Attorneys for Defendant,
28                                       DEPUTY HER

The parties request to extend the deadlines for Plaintiff to file his opposition and Defendants to file their reply to Defendant's Motion for Summary Judgment/Adjudication is granted.

IT IS SO ORDERED:

Dated: March __7___, 2016

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE