1  James V. Weixel (Bar No. 166024)
   **WEIXEL LAW OFFICE**
2  150 Post Street, Suite 520
   San Francisco, California 94108
3  Telephone:     (415) 691-7495
   Facsimile:     (866) 640-3918
4  Email:         *appeals@jimweixel.com*

5  Attorney for Plaintiff JASEN LYNN DUSHANE

6  **LONGYEAR, O'DEA & LAVRA, LLP**
   Van Longyear, CSB No. 84189
7  Peter C. Zilaff, CSB No. 272658
   Nicole M. Rippy, CSB No. 287165
8  3620 American River Drive, Suite 230
   Sacramento, CA 95864
9  Phone: 916-974-8500
   Facsimile: 916-974-8510
10
   Attorneys for Defendant DEPUTY HER
11

12

13                  UNITED STATES DISTRICT COURT

14                 EASTERN DISTRICT OF CALIFORNIA

15                      SACRAMENTO DIVISION

16

17  JASEN LYNN DUSHANE,                    )  No.  2:15-cv-0136-TLN-EFB P
                                           )
18              Plaintiff,                 )  Hon. Edmund F. Brennan, U.S. Magistrate Judge
                                           )
19       v.                                )
                                           )  **STIPULATION AND [~~PROPOSED~~] ORDER**
20  SACRAMENTO COUNTY MAIN JAIL,           )  **TO EXTEND TIME RE SUMMARY**
    DEPUTY HER,                            )  **JUDGMENT BRIEFING SCHEDULE**
21                                         )
                Defendants.                )
22                                         )
    _____    )
23

24       Pursuant to Local Rules 143 and 144, Plaintiff JASEN LYNN DUSHANE and Defendant

25  JOHNNY HER, by and through their respective undersigned counsel, stipulate and agree as follows:

26       1.     Plaintiff's counsel, James V. Weixel, Esq., was recently appointed to represent Plaintiff in

27  this action and in three other actions filed by Plaintiff on a limited-purpose basis.

28  ///

                                            1

   _____
   STIPULATION AND ORDER FOR EXTENSION OF TIME RE SUMMARY JUDGMENT BRIEFING SCHEDULE
                 *DuShane v. Sac. Co. Main Jail, et al.* – No. 2:15-cv-0136-TLN-EFB P

2.      Plaintiff's opposition to Defendant's motion for summary judgment is currently due on April 7, 2016. Defendant's reply, if any, will be due on April 21, 2016.

3.      The parties recognize that Mr. Weixel will require some time to familiarize himself with the pleadings and discovery in this matter before being able to prepare a meaningful opposition. The parties have also discussed resolution possibilities, and agree that it would be appropriate to engage in settlement efforts before Plaintiff is required to prepare an opposition and Defendant is required to reply.

4.      In light of the foregoing considerations, the parties stipulate and agree that Plaintiff's time to file his opposition to Defendant's motion for summary judgment may be extended by 28 days, up to and including May 5, 2016, and that Defendant's time to file any reply to Plaintiff's opposition may be extended by 28 days, up to and including May 19, 2016. There has been one previous stipulation for an extension of 28 days (ECF 63), when Plaintiff was still proceeding in pro per.

5.      The parties respectfully request that the Court enter the order below according to the terms of this stipulation.

Dated:  March 31, 2016.      **WEIXEL LAW OFFICE**

By:_____*/s/ James V. Weixel*_____
          James V. Weixel

Attorney for Plaintiff JASEN LYNN DUSHANE

Dated:  March 31, 2016.      **LONGYEAR, O'DEA & LAVRA, LLP**

By:    _*/s/ Peter C. Zilaff* (as authorized on 3/31/2016)_
          Peter C. Zilaff

Attorneys for Defendant DEPUTY HER

**ORDER**

Pursuant to the terms of the stipulation above, IT IS SO ORDERED.

Dated:  __April 4__, 2016.    _____
          EDMUND F. BRENNAN
          UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER FOR EXTENSION OF TIME RE SUMMARY JUDGMENT BRIEFING SCHEDULE
*DuShane v. Sac. Co. Main Jail, et al.* – No. 2:15-cv-0136-TLN-EFB P