UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASEN LYNN DUSHANE,<br><br>      Plaintiff,<br><br>  v.<br><br>SACRAMENTO COUNTY JAIL, et al.,<br><br>      Defendants. | No.  2:13-cv-2518-EFB P |
| JASEN LYNN DUSHANE,<br><br>      Plaintiff,<br><br>  v.<br><br>TERRY TOLIVER, et al.,<br><br>      Defendants. | No.  2:14-cv-2484-EFB P |
| JASEN LYNN DUSHANE,<br><br>      Plaintiff,<br><br>  v.<br><br>SACRAMENTO COUNTY MAIN JAIL, et al.,<br><br>      Defendants. | No.  2:15-cv-0136-TLN-EFB P |

| | |
|---|---|
| JASEN LYNN DUSHANE,<br><br>        Plaintiff,<br><br>   v.<br><br>PHIL MASSA, et al.,<br><br>        Defendants. | No.  2:15-cv-2319-TLN-EFB P<br><br><br>ORDER RE SETTLEMENT & DISPOSITION |

Pursuant to the Notice of Settlement filed by counsel for all parties, all of the above-captioned cases have settled.  Accordingly, all pending deadlines set in these matters are VACATED.  It is further ORDERED that dispositional documents in all of the above-captioned cases shall be filed not later than 60 days from the date of this order.

<u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO CONTRIBUTED TO THE VIOLATION OF THIS ORDER.</u>

IT IS SO ORDERED.

DATED:  April 26, 2016.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2